UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL DOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15-cv-00227-JAW |
| | ) | |
| TOWN OF SCARBOROUGH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 29, 2015 his Recommended Decision (ECF No. 8). The Plaintiff filed his objections to the Recommended Decision on July 9, 2015 (ECF No. 10). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision (ECF No. 8) of the Magistrate Judge be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Motion for Emergency Injunctive Relief (ECF No. 6) be and hereby is <u>DISMISSED</u>.

SO ORDERED.

            /s/John A. Woodcock, Jr.
            JOHN A. WOODCOCK, JR.
            UNITED STATES DISTRICT JUDGE

Dated this 21st day of July, 2015