UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICAEL DOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15-cv-00227-JAW |
| | ) | |
| TOWN OF SCARBOROUGH, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 12, 2017 his Recommended Decision (ECF No. 59). The Defendants filed their objections to the Recommended Decision on January 13, 2017 (ECF No. 60); the Plaintiff filed his objections to the Recommended Decision on January 20, 2017 (ECF No. 63) and his response to the Defendants' objections on January 27, 2017 (ECF No. 64). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Court's prior order granting Plaintiff leave to proceed in forma pauperis (ECF No. 5) is hereby <u>VACATED</u>.

3. It is further <u>ORDERED</u> that pursuant to 28 U.S.C. § 1915(e)(2)(A), Plaintiff's Complaint (ECF No. 1) be and hereby is <u>DISMISSED</u> without prejudice.

4. It is further <u>ORDERED</u> that Plaintiff's Motion for Leave to Proceed in forma pauperis (ECF No. 54) be and hereby is <u>MOOTED</u>.

5. It is further <u>ORDERED</u> that in the event Plaintiff refiles the claim asserted in this action, a show cause order will issue that requires Plaintiff to show cause as to why he should not be required to pay the filing fee in this action as a condition to his ability to proceed in the refiled action.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of February, 2017